IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THERESA BAO                          *
                                     *
          v.                         *    Civil No. JFM-07-2671
                                     *
LIBERTY MUTUAL GROUP                 *
                                   *****

MEMORANDUM

Defendant removed this action from the Circuit Court for Baltimore County, Maryland,

on the basis of diversity jurisdiction.  Plaintiff has filed a motion to remand the action on the

ground that although she claimed damages in the amount of $85,000 in her complaint, the

amount of damages that she actually suffered was only $45,000 (less than the amount necessary

for diversity jurisdiction).  The law is clear that "the propriety of removal is determined as of the

time of removal."  *In Re Microsoft Corp. Antitrust Litigation*, 332 F. Supp. 2d 890, 892 (2004).

Accordingly, plaintiff's motion to remand is denied.

Plaintiff had also filed an unopposed motion to amend her complaint to claim damages in

the amount of $45,000.  In light of the fact that plaintiff now contends that she suffered damages

only in the amount of $45,000, that motion is granted.

I previously ruled that if I denied plaintiff's motion to remand, I would give her 21 days

to respond to defendant's motion for summary judgment.  In light of the fact that the holiday

season is now intervening, plaintiff is granted an extension until January 18, 2008 to respond to

defendant's motion for summary judgment.

Date: December 17, 2007          /s/_____

J. Frederick Motz
United States District Judge